# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JUDY L. BAUCOM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | No. 3:10-cv-00603<br>Judge Nixon<br>Magistrate Judge Knowles |

## ORDER

Pending before the Court is Plaintiff Judy L. Baucom's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 15), filed with a supporting Memorandum (Doc. No. 16). Defendant Commissioner of Social Security filed a Response in Opposition to the Motion. (Doc. No. 19.) Subsequently, Magistrate Judge Knowles issued a Report and Recommendation ("Report") (Doc. No. 20) recommending that the case be remanded to the Commissioner for further proceedings. The Report was filed on August 15, 2011, and neither party has raised any objections to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **GRANTS** Plaintiff's Motion and **REMANDS** this action for further proceedings consistent with the Report. This Order terminates this Court's jurisdiction over this action action, and the case is **DISMISSED**.

It is so ORDERED.

Entered this \_\_\_7\_\_\_ day of September, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT